AO91 (Rev. 12/03) Criminal Complaint  AUSA Patrick Burke

**FILED**

MAY - 9 2016

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

# UNITED STATES DISTRICT COURT

Western District Of Texas Del Rio Division

**UNITED STATES OF AMERICA**
vs.

Edwin Alberto CHAVEZ-Torres
Daniel PEREZ

**CRIMINAL COMPLAINT**

Case Number: DR:16-4867M-01,02

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __May 05, 2016__ in __Dimmit__ County, in the __Western District Of Texas__ defendant(s), knowing or in reckless disregard of the fact that certain aliens, Norma Elizabeth MENDOZA-Del Cid, have come to, entered, or remained in the United States in violation of law, transports, or moves or attempts to transport or move such aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law, a felony,

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(ii)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

On May 5, 2016, the defendants, Edwin Alberto CHAVEZ-TORRES and Daniel PEREZ, were arrested while driving a blue 2004 Dodge Ram 1500 bearing Texas license plate (CJH 2410) on F.M. 190 near Carrizo Springs, Texas, for transporting three undocumented aliens. The material witness will testify that CHAVEZ-TORRES was the driver and that PEREZ was the co-driver of the blue pickup truck that they were arrested in. The material witness will positively identify CHAVEZ-TORRES and PEREZ from a photo lineup. The material witness will also testify that arrangements were made in Mexico to pay $2,100.00 for her and her boyfriend to cross into the United States and then pay an additional $2,100.00 once they reached their final destination of Houston.

Continued on the attached sheet and made a part of this complaint: ☐ Yes  ☒ No

_____
Signature of Complainant

Rios, Ronaldo S.
Printed Name of Complainant

Sworn to before me and signed in my presence,

May 09, 2016
Date

at Del Rio, Texas
City/State

**Victor Roberto Garcia**
Name U.S. Magistrate Judge  Title of Judge

_____
Signature of Judge