# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

| | |
|---|---|
| United States of America § | |
| § | |
| vs.  § | Case Number: DR:16-M -04867(2) |
| § | |
| (2) Daniel Perez § | |
| *Defendant* | |

## ORDER

On motion of the United States Government requesting detention of the Defendant, (2) Daniel Perez, a hearing was set for May 12, 2016.

Edgar Juarez was appointed to represent the defendant. On May 12, 2016, the attorney for the defendant filed a Waiver of Preliminary and Detention Hearing signed by the attorney, and the defendant waiving the hearings and the right to contest the Government's motion,

THEREFORE, pursuant to this waiver, it is ordered that the defendant be detained without bond until the completion of this case.

SIGNED this 12th day of May, 2016.

_____
COLLIS WHITE
U.S. MAGISTRATE JUDGE