

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
2016 JN -1  AM 11:57
WESTERN DISTRICT OF TEXAS
U.S. CLERK'S OFFICE
BY: _____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | CAUSE NO.: |
| v. | § § § § § § § § | **INDICTMENT**<br><br>[VIO: COUNT ONE: 8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i) Conspiracy to Transport Illegal Aliens; COUNT TWO: 8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(i) Illegal Alien Transportation.] |
| EDWIN ALBERTO CHAVEZ-TORRES<br>DANIEL PEREZ | § § | |

**DR 16 CR 0746**

THE GRAND JURY CHARGES:

COUNT ONE
[8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i)]

On or about May 5, 2016, in the Western District of Texas, Defendants,

EDWIN ALBERTO CHAVEZ-TORRES,
DANIEL PEREZ,

did knowingly and intentionally combine, conspire, confederate and agree with others known and unknown to the Grand Jury, to commit the following offense against the United States: to transport and move, and attempt to transport and move, by means of transportation or otherwise, aliens who entered and remained in the United States in violation of law, knowing and in reckless disregard of the fact said aliens came to, entered, and remained in the United States in violation of law, and in furtherance of such violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I) and (B)(i).

COUNT TWO
[8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(i)]

On or about May 5, 2016, in the Western District of Texas, Defendants,

EDWIN ALBERTO CHAVEZ-TORRES,

DANIEL PEREZ,

did knowingly and in reckless disregard of the fact that the hereinafter named alien has come to, entered and remained in the United States in violation of law, willfully and unlawfully transported and moved, and attempted to transport and move, by means of transportation or otherwise, in furtherance of such violation of law, a certain alien, to-wit: Norma Elizabeth Mendoza-Del Cid, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) & (B)(i).

A TRUE BILL

/FOREPERSON

RICHARD L. DURBIN, JR.
United States Attorney

By: _____
PAUL T. HARLE
Assistant United States Attorney

**DR 16 CR 0746**

SEALED:
UNSEALED: XX

## PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: DIMMIT            USAO #: 2016R08154

DATE: JUNE 1, 2016        MAG. CT. #: DR16-04867M

AUSA: PAUL T. HARLE

DEFENDANT: EDWIN ALBERTO CHAVEZ-TORRES

CITIZENSHIP: MEXICO

INTERPRETER NEEDED: NO     LANGUAGE: ENGLISH

DEFENSE ATTORNEY: RAYMOND MEZA, JR.

ADDRESS OF ATTORNEY: 124 KING CHARLES PLACE, DEL RIO, TEXAS 78840

DEFENDANT IS: DETAINED     DATE OF ARREST: MAY 5, 2016

BENCH WARRANT NEEDED: NO

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): COUNT 1: 8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i) - CONSPIRACY TO TRANSPORT ILLEGAL ALIENS; COUNT 2: 8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(i) - TRANSPORTATION OF ILLEGAL ALIENS.

OFFENSE IS: FELONY

MAXIMUM SENTENCE: FOR EACH COUNT - 10 YEARS IMPRISONMENT; UP TO $250,000 FINE; UP TO 3 YEARS OF SUPERVISED RELEASE; $100 MANDATORY SPECIAL ASSESSMENT FOR EACH COUNT OF CONVICTION; $5000 SPECIAL ASSESSMENT NON-INDIGENT.

PENALTY IS MANDATORY: YES & NO

REMARKS: SEE ABOVE

W/DT-CR-3

**DR 16 CR 0746**

SEALED:
UNSEALED: XX

**PERSONAL DATA SHEET**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

COUNTY: <u>DIMMIT</u>     USAO #: <u>2016R08154</u>

DATE: <u>JUNE 1, 2016</u>     MAG. CT. #: <u>DR16-04867M</u>

AUSA: <u>PAUL T. HARLE</u>

DEFENDANT: <u>DANIEL PEREZ</u>

CITIZENSHIP: <u>UNITED STATES</u>

INTERPRETER NEEDED: <u>NO</u>     LANGUAGE: <u>ENGLISH</u>

DEFENSE ATTORNEY: <u>EDGAR HUGO JUAREZ</u>

ADDRESS OF ATTORNEY: <u>PO BOX 4241, EAGLE PASS, TEXAS 78853</u>

DEFENDANT IS: <u>DETAINED</u>     DATE OF ARREST: <u>MAY 5, 2016</u>

BENCH WARRANT NEEDED: <u>NO</u>

PROBATION OFFICER: <u>N/A</u>

NAME AND ADDRESS OF SURETY: <u>N/A</u>

YOUTH CORRECTIONS ACT APPLICABLE: <u>NO</u>

PROSECUTION BY: <u>INDICTMENT</u>

OFFENSE: (Code & Description): <u>COUNT 1: 8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i) - CONSPIRACY TO TRANSPORT ILLEGAL ALIENS; COUNT 2: 8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(i) - TRANSPORTATION OF ILLEGAL ALIENS.</u>

OFFENSE IS: <u>FELONY</u>

MAXIMUM SENTENCE: <u>FOR EACH COUNT - 10 YEARS IMPRISONMENT; UP TO $250,000 FINE; UP TO 3 YEARS OF SUPERVISED RELEASE; $100 MANDATORY SPECIAL ASSESSMENT FOR EACH COUNT OF CONVICTION; $5000 SPECIAL ASSESSMENT NON-INDIGENT.</u>

PENALTY IS MANDATORY: <u>YES & NO</u>

REMARKS: <u>SEE ABOVE</u>

W/DT-CR-3