UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
2016 JUN 17 PM 12: 06
WESTERN DISTRICT OF TEXAS
U.S. CLERK'S OFFICE
BY: _____ DEPUTY

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO: DR:16-CR-00746(2)-AM |
| | § | |
| (2) Daniel Perez | § | |

## WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF PLEA OF NOT GUILTY

**NOW COMES** Defendant in the above-referenced case who, along with his/her undersigned attorney, hereby acknowledges the following:

- Defendant has received a copy of the Indictment or Information in this case. Defendant understands the nature and substance of the charges contained therein, the maximum penalties applicable thereto and his/her Constitutional rights, after being advised of all the above by his/her attorney.

- Defendant understands he/she has the right to appear personally, with his/her attorney, before a judge for arraignment, in open court, on this accusation. Defendant further understands that, absent the present waiver, he/she will be so arraigned in open court.

Defendant, having conferred with his/her attorney in this regard, hereby waives personal appearance with his/her attorney at the arraignment of this case and the reading of the Indictment or Information, and by this instrument, tenders his/her plea of "not guilty." The Defendant understands that entry by the Court of said plea for Defendant will conclude the arraignment in this case for all purposes.

**Effective December 1, 2002, the Local Criminal Rules were revised to indicate that a defendant must file any pretrial motions (citing legal authority and providing a proposed order) within ten (10) days after the arraignment, or if the defendant waives arraignment, within ten (10) days after the latest scheduled arraignment date (see *Local Criminal Rules CR-12 and CR-47)* unless otherwise ordered by the Court.**

Date: 06/16/16

_____
Defendant

_____
Attorney for Defendant

P.O. Box 4241

Attorney's Address
Eagle Pass, TX 78853

830-752-0686 (O)

866-211-8139 (F)

Attorney's Telephone No. and Fax No.

**Pursuant to the Standing Order Adopting CJA Plan dated January 4, 2011, all waivers or motions to continue must be communicated to the appropriate courtroom deputy no later than 3:00 p.m. on the work day prior to the scheduled hearing and must be followed by an appropriately filed document.**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

| | | |
|---|---|---|
| United States of America | § § § | |
| vs. | § | NO: DR:16-CR-00746(2)-AM |
| | § § | |
| (2) Daniel Perez | § | |

## ORDER ACCEPTING WAIVER OF
## PERSONAL APPEARANCE AT ARRAIGNMENT

Defendant filed a Notice of Waiver of Personal Appearance at Arraignment, signed by defendant and defendant's attorney, in which defendant affirms:

- Defendant has received a copy of the charging document;
- Defendant has read the charging document or had it read to him/her;
- Defendant understands that he/she has the right to personally appear at arraignment; and
- Defendant desires to waive personal appearance at arraignment and reading of the charging document, and tender a plea of "not guilty."

Pursuant to Federal Rule of Criminal Procedure 10(b), the Court hereby ACCEPTS the waiver of appearance and directs that a plea of NOT GUILTY be entered for defendant.

It is so **ORDERED** this **17th day of June, 2016**.

_____
COLLIS WHITE
U.S. MAGISTRATE JUDGE