UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | CRIMINAL NO: |
| vs. § | DR:16-CR-00746(2)-AM |
| § | |
| (2) DANIEL PEREZ § | |

## ORDER RESETTING SENTENCING

     IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **SENTENCING** in Courtroom 1, on the 2nd floor, U.S. Courthouse, 111 E. Broadway, Del Rio, TX, on **Monday, September 25, 2017 at 03:20 PM**.

     IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

     IT IS SO ORDERED this 20th day of July, 2017.

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE