FILED

SEP 2 5 2017

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | |
| v. § | Cause No. DR-16-CR-746 (2)-AM |
| § | |
| § | |
| DANIEL PEREZ § | |

## ORDER

It is hereby ORDERED that the Government's motion pursuant to Section 5K3.1 in the above entitled and numbered cause is GRANTED and a __1__ level downward adjustment to Defendant's total offense level under the United States Sentencing Guidelines shall be assessed.

SIGNED AND ENTERED this 25th day of Sept, 2017.

HONORABLE ALIA MOSES
United States District Judge